# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **TORION SELLERS and RENEE BELL, Individually, and on behalf Of all Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SAGE GROUP PLC; SAGE SOFTWARE, INC.; and SAGE PAYMENT SOLUTIONS, INC. d/b/a SAGE NORTH AMERICA**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:17-cv-03614-ELR** |

### DEFENDANT THE SAGE GROUP PLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FLSA

Defendant The Sage Group plc ("Sage Group") (improperly named in this matter as Sage Group PLC), by and through counsel, hereby moves this Court to dismiss Plaintiffs Torion Sellers, Renee Bell, and Keith Russell's (collectively "Plaintiffs") Amended Collective Action Complaint for Violations of the FLSA ("Complaint") with prejudice under Federal Rule of Civil Procedure 12(b)(2) on the grounds that this Court lacks personal jurisdiction over Sage Group. In addition, Sage Group moves to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process because the Complaint was

not properly served under Rule 4(f).  Sage Group also moves to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted because Plaintiffs have failed to allege facts sufficient to state that Sage Group is their employer.  Finally, Sage Group moves to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) because Plaintiffs do not have standing to sue Sage Group.

Sage Group's Motion is supported by the accompanying Memorandum of Law and the Declaration of Victoria Bradin, both of which are incorporated by reference herein.

WHEREFORE, Sage Group respectfully requests that the Court enter an order granting its Motion to Dismiss with prejudice, and entering such other relief as the Court deems just and proper.

Respectfully submitted this 1st day of December, 2017.

/s/ Anne M. Mellen
Angelo Spinola
Georgia Bar No.: 672191
ASpinola@littler.com
Anne M. Mellen
Georgia Bar No.: 558694
AMellen@littler.com
Eric A. Hoffman
Georgia Bar No.: 417439
ehoffman@littler.com

**LITTLER MENDELSON, P.C.**
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326.4803
404.233.0330

Attorneys for Defendants

## **CERTIFICATION**

I do hereby certify that this document has been prepared in Times Roman font, 14 point, in compliance with LR 5.1(C) of this Court.

/s/ Anne M. Mellen
Anne M. Mellen
Georgia Bar No. 558694

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TORION SELLERS and RENEE BELL, Individually, and on behalf of all Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SAGE GROUP PLC; SAGE SOFTWARE, INC.; and SAGE PAYMENT SOLUTIONS d/b/a SAGE NORTH AMERICA**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**1:17-cv-03614-ELR** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, the foregoing **DEFENDANT THE SAGE GROUP PLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FLSA** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiffs' counsel of record as follows:

2

       Mitchell L. Feldman, Esq.
       Feldman Williams PLLC
       1201 N. Peachtree Street NE
       400 Colony Square, #200
       Atlanta, Georgia 30361

                */s/ Anne M. Mellen*
                Anne M. Mellen
                Georgia Bar No.:  558694