IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TORION SELLERS, RENEE BELL, and KEITH RUSSELL, Individually, and on behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAGE SOFTWARE INC. d/b/a SAGE North America; and PAYA, INC. f/k/a SAGE PAYMENT SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:17-cv-03614-ELR-JSA |

## JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiffs TORION SELLERS, RENEE BELL, and KEITH RUSSELL ("Plaintiffs") and Defendants SAGE SOFTWARE, INC.[1] ("SSI") and PAYA, INC. f/k/a Sage Payment Solutions, Inc. ("Paya" and with SSI, "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties") by and through their undersigned counsel, and jointly move that the Court approve the Parties' settlement in accordance with applicable law and dismiss this matter, with

---

[1] Improperly named in the Action as Sage Software Inc. d/b/a Sage North America.

prejudice. In support of this Motion, the Parties submit the accompanying Memorandum of Law and incorporate it herein by reference.

WHEREFORE, the Parties respectfully request the Court grant this Motion and enter the Proposed Order: (1) approving the Parties' settlement agreement; (2) dismissing this action with prejudice; and (3) retaining jurisdiction over this case to enforce the Parties' settlement agreement.

Respectfully submitted this 14 th day of January, 2019.

*/s/ Mitchell L. Feldman*
Mitchell L. Feldman, Esq.
Georgia Bar No. 255791
mitch@feldmanwilliams.com
Benjamin L. Williams (Admitted *pro hac vice)*
ben@feldmanwilliams.com

**FELDMAN WILLIAMS PLLC**
1201 N. Peachtree Street, N.E.
400 Colony Square, #200
Atlanta, GA 30361
Telephone:  813.636.9366
Facsimile:  813.639.9376

Charles Ronald Bridgers
Georgia Bar No.
charlesbridgers@dcbflegal.com
Mitchell Douglas Benjamin
Georgia Bar No.
benjamin@dcbflegal.com

**DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**
101 Marietta Street, NW
3100 Centennial Tower
Atlanta, GA 30303
Telephone: 404.979.3150
Facsimile: 404.979.3157

Attorneys for Plaintiffs

 */s/ Anne M. Mellen*
Anne M. Mellen
Georgia Bar No. 558694
AMellen@littler.com
Angelo Spinola
Georgia Bar No. 672191
ASpinola@littler.com
Rachel P. Kaercher
Georgia Bar No. 743007
rkaercher@littler.com

**LITTLER MENDELSON, P.C.**
3344 Peachtree Road N.E.
Suite 1500
Atlanta, GA  30326
Telephone:  404.233.0330
Facsimile:  404.233.2361

Lauren E. Schwartzreich (Admitted *pro hac vice*)
lschwartzreich@littler.com

**LITTLER MENDELSON, P.C.-NY**
8th Floor
900 Third Avenue
New York, NY 10022
Telephone: 212.583.9600
Facsimile: 212.832.2719

Attorneys for Defendants

3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TORION SELLERS, RENEE BELL, and KEITH RUSSELL, Individually, and on behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAGE SOFTWARE INC. d/b/a SAGE North America; and PAYA, INC. f/k/a SAGE PAYMENT SOLUTIONS, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:17-cv-03614-ELR-JSA |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 th day of January, 2019, the proceeding **JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiffs' counsel of record as follows:

Angelo Spinola, Esq.
aspinola@littler.com

Anne M. Mellen
amellen@littler.com

Rachel P. Kaercher
rkaercher@littler.com

Lauren E. Schwartzreich
lschwartzreich@littler.com

*/s/ Mitchell L. Feldman*
MITCHELL L. FELDMAN
Georgia Bar No. 257791
**FELDMAN WILLIAMS PLLC**
1201 Peachtree Street, NE
400 Colony Square #200
Atlanta, GA 30361
Tele:  (813) 639-9366
Fax:  (813) 639-9376
Email:  mitch@feldmanwilliams.com
Counsel for Plaintiffs